PER CURIAM.
Affirmed. Section 44.102(3), Fla.Stat. (1989); Robbie v. City of Miami, 469 So.2d 1384 (Fla.1985); Izadi v. Machado (Gus) Ford, Inc., 550 So.2d 1135 (Fla. 3d DCA 1989); Futch v. Head, 511 So.2d 314 (Fla. 1st DCA), review denied, 518 So.2d 1275 (Fla.1987); F.I.T. Aviation, Inc. v. Gleason, 510 So.2d 1217 (Fla. 5th DCA 1987); Dania Jai-Alai Palace, Inc. v. Sykes, 495 So.2d 859 (Fla. 4th DCA 1986); Allied Fidelity Ins. Co. v. State, 415 So.2d 109, 110-11 (Fla. 3d DCA 1982).